ANDREW R. L. McNAUGHTON, Appellant, v. INTERNATIONAL DIESEL ELECTRIC CO., INC., et al., Respondents.—

1022

Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Ughetta, JJ.